UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. **06-21  (RBW)** |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | MAGISTRATE NO. 06-0375M-01 (CR) |
| **CINQUAN BLAKNEY,** | : | |
| **also known as Chaz,** | : | VIOLATIONS:  21 U.S.C. § 846 |
| **also know as Shorty,** | : | (Conspiracy to Distribute and Possess With |
| **also known as Quan,** | : | Intent to Distribute Heroin, Cocaine, Cocaine |
| **RALPH INGRAM,** | : | Base, Phencyclidine and Marijuana); |
| **also known as Big Boy,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(i) |
| **TRISTAN SELLERS,** | : |   (Unlawful Possession With Intent to |
| **INDIA GRAVES,** | : | Distribute 100 Grams or More of Heroin) |
| **also known as Chi Chi,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| **SEAN BLAKNEY,** | : | (Unlawful Possession With Intent to |
| **JAMES MORGAN** | : | Distribute Heroin) |
| **also known as James Bond,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii) |
| **also known as 007,** | : | (Unlawful Possession With Intent to |
| **also known as O,** | : | Distribute 50 Grams or More of Cocaine Base |
| **KEVIN MORRIS,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| **also known as KK,** | : |  (Unlawful Possession With Intent to |
| **DONOVAN BOSTICK,** | : | Distribute Cocaine) |
| **also known as Doug,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| **also known as Drew,** | : | (Unlawful Distribution of Heroin)**;** |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base); |
| **Defendants.** | : | 21 U.S.C. § 843(b) |
| | : | (Unlawful Use of a Communication Facility)**;** |
| | : | 18 U.S.C. § 1519 |
| | : | (Unlawful Destruction, Alteration or |
| | : | Concealment of Records or Tangible Objects |
| | : | In Federal Investigations) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |

Crime Punishable by Imprisonment for a
Term Exceeding One Year);
18 U.S.C. § 2
(Aiding and Abetting)

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or before at least 2002, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including January 2006, in the District of Columbia, the State of Maryland, the Commonwealth of Virginia, the State of California, and elsewhere, the defendants, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM,, also known as Big Boy, TRISTAN SELL ERS, INDIA GRAVES, also known as Chi Chi, SEAN BLAKNEY, JAMES MORGAN, also known as James Bond, also known as 007, also know as O, KEVIN MORRIS, also known as KK, and DONOVAN BOSTICK, also known as Doug, also known as Drew**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute the following:

(a)     a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the said mixture and substance was 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i);

(b)     a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms

2

or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); and

(c)     a mixture and substance containing a detectable amount of cocaine base, in the form known as "crack," a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii);

(d)     a mixture and substance containing a detectable amount of phencyclidine (PCP), and the amount of said mixture and substance was 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv); and

(e)     a mixture and substance containing a detectable amount of cannabis, also known as marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

**(Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Cocaine, Cocaine Base, Phencyclidine and Cannabis,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about August 21, 2003, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, together with persons known to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 100 grams or more.

**(Unlawful Possession with Intent to Distribute 100 Grams or More of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i) and Title 18, United States Code, Section 2)

3

## COUNT THREE

On or about August 21, 2003, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, together with persons known to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, in the form of "crack," a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Possession with Intent to Distribute Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about August 21, 2003, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in United States District Court for the District of Columbia, Case Number 96-301,  did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson 9mm pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, together with persons known to the Grand Jury, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

4

## COUNT FIVE

On or about August 21, 2003, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, together with persons known to the Grand Jury, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein, a firearm, that is, a Smith & Wesson 9mm pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT SIX

On or about August 21, 2003, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, together with persons known to the Grand Jury, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts Two and Three of this Indictment, which are incorporated herein, a firearm, that is, a Smith & Wesson 9mm pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT SEVEN

On or about March 3, 2004, within the District of Columbia, **INDIA GRAVES, also known Chi Chi**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which she may be prosecuted in a court of the United

States, that is Count One of this Indictment, which is incorporated herein, a firearm, that is, a Taurus .40 cal. semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT EIGHT

On or about December 30, 2005, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in United States District Court for the District of Columbia, Case Number 96-301, did unlawfully and knowingly receive and possess a firearm, that is, a CN Romarm 7.62 x 39 mm rifle, Model WASR-10, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINE

On or about December 30, 2005, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein, a firearm, that is, a CN Romarm 7.62 x 39 mm rifle, Model WASR-10.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

### COUNT TEN

On or about January 13, 2006, within the District of Columbia, JAMES MORGAN, also known as James Bond, also known as 007, also known as O, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein, a firearm, that is, a Phoenix Arms .25 caliber pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

### COUNT ELEVEN

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INIDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, in the form of "crack," a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2)

### COUNT TWELVE

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INIDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT THIRTEEN

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INIDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did unlawfully, knowingly and intentionally  possess with intent to distribute  a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT FOURTEEN

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in United States District Court for the District of Columbia, Case Number 96-301,  did unlawfully and knowingly receive and possess

a firearm, that is, an Uzi 9mm gun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIFTEEN

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in United States District Court for the District of Columbia, Case Number 96-301, did unlawfully and knowingly receive and possess a firearm, that is, a .40 cal. Smith & Wesson semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .40 cal. ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIXTEEN

On or about January 26, 2006, within the District of Columbia, **RALPH INGRAM, also known as Big Boy**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the D.C. Superior Court, Case Number F-6681-02, did unlawfully and knowingly receive and possess a firearm, that is, an Uzi 9mm gun, and did unlawfully and knowingly

receive and possess ammunition, that is, 9 mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVENTEEN

On or about January 26, 2006, within the District of Columbia, **RALPH INGRAM, also known as Big Boy**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the D.C. Superior Court, Case Number F-6681-02, did unlawfully and knowingly receive and possess a firearm, that is, a .40 cal. Smith & Wesson semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .40 cal. ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT EIGHTEEN

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a

drug trafficking offense, for which they may be prosecuted in a court of the United States, that is

Count One of this Indictment, which is incorporated herein, a firearm, that is, an Uzi 9mm gun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT NINETEEN

    On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did

unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a

drug trafficking offense, for which they may be prosecuted in a court of the United States, that is

Counts Eleven, Twelve and Thirteen of this Indictment, which are incorporated herein, a firearm,

that is, an Uzi 9mm gun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT TWENTY

    On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did

unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a

drug trafficking offense, for which they may be prosecuted in a court of the United States, that is,

Count One of this Indictment, which is incorporated herein, a firearm, that is a .40 cal. Smith & Wesson semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT TWENTY-ONE

On or about January 26, 2006, within the District of Columbia, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, RALPH INGRAM, also known as Big Boy, INDIA GRAVES, also known as Chi Chi, and TRISTAN SELLERS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Counts Eleven, Twelve and Thirteen of this Indictment, which are incorporated herein, a firearm, that is, a .40 cal. Smith & Wesson semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT TWENTY-TWO

On or about November 22, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #23 for

telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-THREE

On or about November 22, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #24 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-FOUR

On or about November 22, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #68 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT TWENTY-FIVE

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #111 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT TWENTY-SIX

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #138 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT TWENTY-SEVEN

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #139 for

14

telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-EIGHT

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #141 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT TWENTY-NINE

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #144 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #146 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-ONE

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #112 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-TWO

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #113 for

16

telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-THREE

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #116 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-FOUR

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #117 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-FIVE

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #127 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-SIX

On or about November 23, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #142 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-SEVEN

On or about November 26, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and JAMES MORGAN, also known as James Bond, also known as 007, also know as O**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #299 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-EIGHT

On or about November 29, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #797 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT THIRTY-NINE

On or about November 30, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #974 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

19

## COUNT FORTY

On or about December 1, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1151 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-ONE

On or about December 7, 2005, **JAMES MORGAN, also known as James Bond, also known as 007, also known as O**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1749 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-TWO

On or about December 8, 2005, **JAMES MORGAN, also known as James Bond, also known as 007, also known as O**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1805 for

20

telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-THREE

On or about December 8, 2005, **JAMES MORGAN, also known as James Bond, also known as 007, also known as O**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1849 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-FOUR

On or about December 9, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and RALPH INGRAM, also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1885 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT FORTY-FIVE

On or about December 9, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and RALPH INGRAM, also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1897 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT FORTY-SIX

On or about December 9, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and RALPH INGRAM, also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1949 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT FORTY-SEVEN

On or about December 9, 2005, **RALPH INGRAM, also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #1995 for telephone number 202-270-1772) to facilitate the

22

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-EIGHT

On or about December 10, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and JAMES MORGAN, also known as James Bond, also known as 007, also know as O**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2057 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FORTY-NINE

On or about December 10, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and RALPH INGRAM, also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2105 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

23

## COUNT FIFTY

On or about December 21, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3075 for telephone number 202-270-1772 and activation #2790 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-ONE

On or about December 29, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2858 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-TWO

On or about December 29, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2862 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent

24

to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-THREE

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3139 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-FOUR

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3140 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-FIVE

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3147 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-SIX

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3153 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-SEVEN

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, AND INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3156 for telephone number 202-889-6557) to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-EIGHT

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3158 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT FIFTY-NINE

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3159 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3164 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-ONE

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3165 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-TWO

On or about December 31, 2005, **RALPH INGRAM,  also known as Big Boy**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3333 for telephone number 202-270-1772) to facilitate the

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-THREE

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3174 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-FOUR

On or about December 31, 2005, **INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3180 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-FIVE

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3340 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-SIX

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3342 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-SEVEN

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3344 for

telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-EIGHT

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, and INDIA GRAVES, also known as Chi Chi**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #3345 for telephone number 202-270-1772) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SIXTY-NINE

On or about December 31, 2005, **CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan, INDIA GRAVES, also known as Chi Chi, and RALPH INGRAM, also known as Big Boy**, in the District of Columbia, did knowingly alter, destroy, mutilate, conceal, and cover up records, documents, controlled substances and other tangible objects with the intent to impede, obstruct, and influence an investigation within the jurisdiction of the U.S. Department of Justice, in violation of Title 18, United States Code, Section 1519.

(**Unlawful Destruction, Alteration or Concealment of Records or Tangible Objects In Federal Investigations and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1519 and 2)

31

## COUNT SEVENTY

On or about January 26, 2006, **RALPH INGRAM, also known as Big Boy, and INDIA GRAVES, also known as Chi Chi,**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #5393 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-ONE

On or about January 26, 2006, **INDIA GRAVES, also known as Chi Chi,**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #5425 for telephone number 202-889-6557) to facilitate the conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21 United States Code, Section 846.

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-TWO

On or about September 22, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #10 for telephone number 202-277-8374) to facilitate the possession

with the intent to distribute and the distribution of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

>    (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-THREE

On or about September 22, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #62 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

>    (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-FOUR

On or about September 22, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #262 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

>    (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-FIVE

On or about September 23, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #485 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-SIX

On or about September 23, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #544 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-SEVEN

On or about September 23, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #590 for telephone number 202-277-8374), to facilitate the distribution

and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

>    (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-EIGHT

On or about September 23, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

>    (**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT SEVENTY-NINE

On or about September 23, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #630 for telephone number 202- 277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

>    (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY

On or about September 26, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the

use of a telephone (activation #1606, 1612 and/or 1629 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-ONE

On or about September 26, 2005, within the District of Columbia,  **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-TWO

On or about September 27, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2039 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT EIGHTY-THREE

On or about September 27, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

### COUNT EIGHTY-FOUR

On or about September 29, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #2882 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT EIGHTY-FIVE

On or about October 4, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #4683 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-SIX

On or about October 8, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #4395 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-SEVEN

On or about October 14, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #7579 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-EIGHT

On or about October 18, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District

of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #8611 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT EIGHTY-NINE

On or about October 19, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #8985 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY

On or about October 23, 2005, **KEVIN MORRIS, also known as KK, and CINQUAN BLAKNEY, also known as Chaz, also known as Shorty, also known as Quan**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #10135 for telephone number 202-277-8374), to facilitate the

distribution and possession with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY-ONE

On or about October 10, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #6413 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY-TWO

On or about October 12, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #6904, 6910, 6924, and/or 6926 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY-THREE

On or about October 12, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT NINETY-FOUR

On or about October 15, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #7727 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY-FIVE

On or about October 16, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #8012 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

41

## COUNT NINETY-SIX

On or about October 16, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT NINETY-SEVEN

On or about October 18, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #8473, 8494, 8503, 8507 and 8512 for telephone number  202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance,  and cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT NINETY-EIGHT

On or about October 18, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and cocaine base, in the form of "crack", a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Cocaine Base Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

42

**COUNT NINETY-NINE**

On or about October 20, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #9122, 9124, and/or 9130 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

**COUNT ONE HUNDRED**

On or about October 20, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

**COUNT ONE HUNDRED-ONE**

On or about October 22, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #9854 for telephone number 202-277-8374), to facilitate the

distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT ONE HUNDRED-TWO

On or about October 22, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #9933 and/or 9962 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT ONE HUNDRED-THREE

On or about October 24, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #10406 and/or 10426 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-FOUR

On or about October 24, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-FIVE

On or about October 25, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #10735 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-SIX

On or about October 28, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is the use of a telephone (activation #11600, 11626, 11631, and/or 11633 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-SEVEN

On or about October 28, 2005, within the District of Columbia, **KEVIN MORRIS, also known as KK**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-EIGHT

On or about November 1, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone (activation #13057 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-NINE

On or about November 4, 2005, **KEVIN MORRIS, also known as KK**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone (activation #14067, 14068, 14139, and/or 14168 for telephone number 202-277-8374), to facilitate the distribution and possession with the intent to distribute heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-TEN

On or about October 16, 2005, **DONOVAN BOSTICK, also known as Doug and Drew**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone (telephone number 202-236-7667), to facilitate the distribution and possession with the intent to distribute cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-ELEVEN

On or about October 16, 2005, within the District of Columbia, **DONOVAN BOSTICK, also known as Doug and Drew**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form of "crack", a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

### COUNT ONE HUNDRED-TWELVE

On or about October 17, 2005, **DONOVAN BOSTICK, also known as Doug and Drew**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone (telephone number 202-236-7667), to facilitate the distribution

and possession with the intent to distribute cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

## COUNT ONE HUNDRED-THIRTEEN

On or about October 17, 2005, within the District of Columbia, **DONOVAN BOSTICK, also known as Doug and Drew**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form of "crack", a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT ONE HUNDRED-FOURTEEN

On or about October 20, 2005, **DONOVAN BOSTICK, also known as Doug and Drew**, within the District of Columbia, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone (telephone number 202-236-7667), to facilitate the distribution and possession with the intent to distribute cocaine base, in the form of "crack", a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 843(b) and Title 18, United States Code, Section 2)

48

## COUNT ONE HUNDRED-FIFTEEN

On or about October 20, 2005, within the District of Columbia, **DONOVAN BOSTICK, also known as Doug and Drew**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form of "crack", a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia

49