# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-21-4 | MAGIS. NO: |
| v.<br>**SEALED**<br>CINQUAN BLAKNEY, et. al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>India aGraves<br>**FILED**<br>AUG 2 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, COCAINE, COCAINE BASE, PHENCYCLIDINE, AND MARIJUANA;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
UNLAWFUL DISTRIBUTION OF HEROIN;   UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DESTRUCTION, ALTERATION OR CONCEALMENT OF RECORDS OR TANGIBLE OBJECTS IN FEDERAL INVESTIGATIONS;

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(B)(i); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/23/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>8/23/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/23/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephanie Owens<br>Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8/25/06 | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |