## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED** |
| | : | |
| v. | : | Crim. No. 06-21(RBW) |
| | : | Under Seal |
| | : | SEP 1 4 2006 |
| INDIA GRAVES, ET AL. | : | |
| Defendant | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION OF DEFENDANT'S COUNSEL TO WITHDRAW

DAVID CAREY WOLL, counsel for the defendant, INDIA GRAVES, respectively requests leave from the Court to withdraw. In support thereof counsel represents:

1.      Counsel was appointed by the Court to represent the defendant at the time of her presentment and arraignment on August 25, 2006.

2.      On that date and at the time of the defendant's detention hearing on August 30th, conflicts arose between the defendant and counsel, which remain irreconcilable. When counsel attempted to conduct a conference with the defendant at the Community Treatment Facility on September 12, she refused to see counsel.

3.      Since any meaningful and fruitful attorney-client relationship is very doubtful, it would be in the best interest of the defendant to have a new attorney appointed in the case. There would be little or no prejudice to the defendant nor any delay in the judicial system since the case is in its early stages.

WHEREFORE, it is respectfully requested that counsel's appearance as defendant's attorney be vacated and that a new attorney be appointed to her by the Court.

RECEIVED

SEP 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

David Carey Woll
Court Appointed Attorney for Defendant
No. 047423
11501 Georgia Avenue, Suite 201
Wheaton, Maryland 20902
301-933-6962

## CERTIFICATE OF SERVICE

A copy of the Motion of Defendant's Counsel to Withdraw was mailed, postage prepaid, to AUSA George P. Eliopoulos, Esq., U.S. Attorney's Office, Major Drug Offender Unit, 555 4th Street, N.W., Washington, D.C. 20530, this 14th day of September 2006.

David Carey Woll

2