UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-21(RBW) |
| | : | |
| INDIA GRAVES, ET AL. | : | |
| **Defendant** | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of counsel's Motion to Withdraw as Attorney for Defendant and for the reasons stated therein, it is this _____ day of _____, 2006

ORDERED that counsel's motion is GRANTED and it is further

ORDERED that new counsel shall be appointed forthwith to assist the defendant in this case.

_____
Reggie B. Walton
U. S. District Court Judge

Copies to:

1. George P. Eliopoulos, Esq.
   U. S. Attorney's Office
   Major Drug Offender Unit
   555 4th Street, N.W.
   Washington, D.C. 20530

2. David Carey Woll, Esq.
   WOLL & WOLL, P.A.
   11501 Georgia Avenue, Suite 201
   Wheaton, MD 20902