# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> vs. <br><br> Blakney, ET AL <br> Re: INDIA GRAVES, <br>              Defendant | CR Nº: 1:06-cr-00021-RBW-4 |

## ENTRY OF APPEARANCE

**WILL THE CLERK** of the Court please enter the appearance of undersigned counsel, Jensen E. Barber II, as CJA appointed counsel on behalf of the Defendant, India Graves. This appointment should be made effective NPT to September 22, 2006.

 

_____
JENSEN E. BARBER II
LAW OFFICES OF J. E. BARBER, P.C.
Unified Bar No. 376325
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
jebarberpc@aol.com

DATED: May 16, 2007

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Entry of Appearance was served by electronic filing (ECM), on the Office of the U.S. Attorney to the attention of Anthony Scarpelli, Esquire, 555 4th Street, NW, Washington, DC 20530.

_____
JENSEN E. BARBER, II

LAW OFFICES OF JENSEN E. BARBER, P.C.   400 7TH STREET, N.W.   SUITE 400
WASHINGTON, D.C. 20004-2242   TEL: 202-737-8511   FAX: 202-628-0249
E-MAIL: JEBARBERPC@AOL.COM   www.jebarbercriminallaw.com