UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Blakney, ET AL<br>INDIA GRAVES (4)<br>RALPH INGRAM, (2)<br>                       Defendants | CR Nº: 1:06-cr-00021-RBW |

### CONSENT MOTION TO EXTEND TIME WITHIN WHICH TO FILE DEFENDANTS' PRETRIAL MOTIONS

**COME NOW** Defendants India Graves and Ralph Ingram, by and through undersigned counsel and with the consent of the Government to seek an extension of two weeks to file pretrial motions

In support of this motion, the defendant would state:

1. Defendant India Graves does not yet have all of the discovery. Counsel has informed AUSA Scarpelli that several CDs provided were defective or mislabeled.

2. AUSA Scarpelli will endeavor to have new CDs prepared and forwarded to counsel ASAP.

3. There are in excess of 17,000 telephone activations which require extensive and intensive manpower hours to review. Defendant Graves has not yet completed this review.

4. There remains a number of fact specific motions which need to be filed by the above-named defendants. In other less fact intensive pleadings, counsel will seek to adopt and conform motions filed by other defendants.

5. The defense has been hopeful that some agreement could be reached as to disposition of this

matter; however, the Government continues to "wire" the possible dispositions and as such, no single defendant who will not cooperate, can plead without all the extant defendants in this matter also pleading.

5. Therefore we seek an extension of two weeks to insure that full discovery has been received in the case of Graves and that both defendants have additional time to prepare defendant specific pretrial motions.

6. The Government consents to this request. The above-named defendants consent to a two-week extension for the Government to file responses as a *quid pro quo.*

**WHEREFORE**, for the foregoing Mr. Ingram and Ms. Graves seek an extension of 14 days or until October 26, 2007 to file their respective pretrial motions. An ORDER has been provided for the Court's use in addressing this request.

Respectfully submitted,

_____/s/_____
JENSEN E. BARBER II
LAW OFFICES OF J. E. BARBER, P.C.
Unified Bar No. 376325
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
jebarberpc@aol.com
On behalf of Ms. Graves

_____/s/_____
WILLIAM GARBER, Esq.
717 D St., NW
Washington, D.C. 20004
On behalf of Ralph Ingham

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion was served by through the Courts ECM system, this October 12, 2007.

_____/s/_____
JENSEN E. BARBER, II

# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CR Nº: 1:06-cr-00021-RBW

Blakney, ET AL
INDIA GRAVES (4)
RALPH INGRAM, (2)

Defendants

# ORDER

This matter having come before the Court upon the motion of the defendants, India Graves and Ralph Ingram and with the consent of the Government to extend the time within which to file their respective pretrial motions.

Upon consideration of said motion, the consent of the Government, and the entire Record herein, it appearing to the Court that good cause exists for granting this motion, it is,

**ORDERED**, that said motion be and the same hereby is **GRANTED and it is**

**ORDERED that the Defendants shall file their respective pretrial motions on or before October 26, 2007.**

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge