UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> vs. <br><br> Blakney, et al <br> Re: INDIA GRAVES, <br>  Defendant | CR Nº: 1:06-cr-00021-RBW-4 |

# MOTION FOR LEAVE TO JOIN, ADOPT AND CONFORM MOTIONS FILED BY CO-DEFENDANTS

Counsel for Defendant, India Graves moves to adopt and conform the Motions filed on behalf of the following co-defendants:

1. Defendant Cinquan Blakney, *to Compel Disclosure of Information Regarding Confidential Informants, Witnesses, Special Employees and Cooperating Criminals and to Reveal the Identify of the Informants and the Basis of Their Reliability*, filed 9-20-07.

2. Defendant Ralph Ingram, *Motion To Suppress Evidence*, filed 10-19-07, appearing as Docket Number 105.

3. Defendant Kevin Morris, *Motion for Suppression of Communications Unlawfully Intercepted and Evidence Derived From Illegal Electronic Surveillance*, filed 10-12-07.

4. Defendant Sean Blakney, *Motion in Limine for an Order Directing the Government to Timely Provide Impeachment Evidence As to All Out-of-court Declarants*, filed 10-12-07, appearing as Docket Number 101.

The purpose of this motion is to avoid redundancy in pleadings. Defendant would also move that the Government respond to and supply the information requested in the Motions by the Status Hearing date of January 11, 2008 in order to afford Defendant the opportunity to utilize the information sufficiently in advance of the trial date of March 12, 2008 in order to adequately prepare for the eventuality of trial.

**WHEREFORE**, Ms. Graves asks that she be allowed to join, adopt and conform co-defendants' motion as set forth above and any and all other motions filed by co-defendants requesting relief in this matter. The defendant has provided an Order to effectuate this action, if approved.

Respectfully submitted,

_____
Jensen E. Barber II
DC Unified Bar No. 376325
400 7th Street, N.W. Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
*Counsel for India Graves*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2007, a copy of the foregoing was served through the electronic document filing system of the United States District Court for the District of Columbia to the attorneys of record in the above-captioned case.

_____/s/_____

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**vs.**<br><br>*Blakney, et al*<br>**Re: INDIA GRAVES,**<br>           **Defendant** | C Nº: 1:06-cr-00021-RBW-4 |

## ORDER

Upon consideration of Defendant Graves' *Motion to Join, Adopt and Conform Co-Defendants' Motions*, and any response thereto, it is this ____ day of October 2007, hereby,

**ORDERED** that the requested relief is **GRANTED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE