UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Blakney, et al<br>Re: INDIA GRAVES,<br>　　　　　　　Defendant | C Nº: 1:06-cr-00021-RBW-4 |

### DEFENDANT INDIA GRAVES' MOTION TO EXCLUDE WITNESSES PRIOR TO AND DURING THE TRIAL OF THIS CASE AND TO DISCLOSE ALL INSTANCES WHERE WITNESSES WERE INTERVIEWED JOINTLY

Defendant India Graves, by and through undersigned counsel, respectfully moves this Court pursuant to the Federal Rules of Evidence and the Fourth, Fifth, Sixth, and Eighth Amendments to the United States Constitution, to exclude witnesses prior to and during the trial of this case. In addition, Ms. Graves requests the Court to order the government to disclose the time, dates, and locations of all instances where government and/or civilian witnesses were interviewed jointly. Ms. Graves also asks the Court to order the government to disclose all documents relating to these joint interviews. Finally, Ms. Graves requests a hearing on this matter so that she can examine all individuals who participated in any joint interviews. In support of this motion, Ms. Graves submits the following.

Rule 615 of the Federal Rules of Evidence states that "[a]t the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses. . . ." Ms. Graves now makes this request.

The purpose of this rule is to discourage and expose "fabrication, inaccuracy, and collusion." F.R.E. 615, Advisory Committee Notes. The underlying principle of this rule would be eviscerated if the government

1

were allowed to do pretrial what it is clearly forbidden from doing during the course of the trial in this case. Therefore, the government ought to disclose the requested information so that Ms. Graves can determine the extent of the prejudice arising from joint interviews.

**WHEREFORE**, for the foregoing reasons and any others which may appear to the Court following an evidentiary hearing, Ms. Graves requests the Court to grant the relief sought herein.

Respectfully submitted,

_____/s/_____
JENSEN E. BARBER II
DC BAR Number 376325
400 7th Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 737-8511
Counsel for India Graves

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2007, a copy of the foregoing was served through the electronic document filing system of the United States District Court for the District of Columbia to the attorneys of record in the above-captioned case.

_____/s/_____
JENSEN E. BARBER II

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Blakney, et al<br>Re: INDIA GRAVES,<br>                      Defendant | C Nº: 1:06-cr-00021-RBW-4 |

**O R D E R**

This matter having come before the Court upon the request of Defendant India Graves, that this Court order the Exclusion of Witnesses Prior to and During the Trial of this Case and order the government to Disclose All Instances Where Witnesses Were Interviewed Jointly Upon consideration of the defendant's motion, the entire record in this case, and any objection, it is therefore this_____day of _____,2007,

    **ORDERED,** that the Defendant's Motion be and hereby is **GRANTED,** and it is,

    **FURTHER ORDERED** that these documents be produced within the next 30 days.

    **SO ORDERED.**

                                                          _____
                                                          REGGIE B. WALTON
                                                          United States District Court Judge