UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Blakney, et al<br>Re: INDIA GRAVES,<br>　　　　　　　Defendant | CR Nº: 1:06-cr-00021-RBW-4 |

**DEFENDANT'S MOTION TO VACATE THE DETENTION ORDER AND ORDER CONDITIONS OF RELEASE**

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, and 18 U.S.C. §3145, respectfully requests that this honorable court review the order of detention imposed by the Honorable Alan Kay, U.S. Magistrate Judge, on August 25, 2006. In support of her request, the defendant states the following:

Following the detention hearing, the court concluded that no condition or combination of conditions could reasonably assure the community's safety. Ms. Graves was consequently held without bond.

Based upon changed circumstances, The defendant believes that suitable release conditions can be fashioned and respectfully requests that this court consider her arguments in favor of conditional release.

While counsel understands that the indictment has established probable cause, and that a presumption of detention arises, he does not believe it necessary to defeat the government's evidence at a bail hearing in order to gain his client's release. The key question is whether, notwithstanding the charges, the defendant's personal history and characteristics make her a good

bet on release.  Is she likely to harm someone or engage in drug dealing? While the Bail Reform Act contains a statutory presumption of detention, it is inconceivable that Congress intended that all those individuals who are accused of narcotics trafficking should be detained.  Nor is a defendant, to gain release, required to refute all of the government's allegations. Defendant Graves is a mother of three and has strong ties to the community through her relationship to extended family and her consistent employment. She also has no known criminal history.

As stated in open court on January 11, 2008, the defendant has been ready and willing to plead guilty in this case.  She has been prohibited from doing so because the case is "wired" as to guilty pleas, at least with respect to some defendants. Ms. Graves is one of those defendants.

As a part of the non-cooperation, plea offer, the government would agree to a "time served" sentence as of the date of the plea ,*i.e.*., agree for her immediate release.  It is axiomatic the government cannot agree to a time served sentence, thus releasing Ms. Graves while at the same time oppose her release on PR until her plea can be entered.

**WHEREFORE**, for the foregoing  reasons, the defendant respectfully requests that the court grant her motion and that she be released on her personal recognizance.  The defendant has provided an Order to effectuate this action, if approved.

                                               Respectfully submitted,

                                               _____
Jensen E. Barber II
DC Unified Bar No. 376325
400 7th Street, N.W. Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
*Counsel for India Graves*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 15, 2008,, a copy of the foregoing was served through the electronic document filing system of the United States District Court for the District of Columbia to the attorneys of record in the above-captioned case.

 

                                              _____/s/_____
                                                Jensen E. Barber II

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>*Blakney, et al*<br>**Re: INDIA GRAVES,**<br>           **Defendant** | C Nº: 1:06-cr-00021-RBW-4 |

### ORDER

Upon consideration of Defendant Graves*' Motion to Vacate the Detention Order and Order Conditions of Release* and any response thereto, it is this _____ day of January 2008, hereby,

**ORDERED** that the requested relief is **GRANTED and it is further**

**ORDERED that she be released forthwith to return to court when required to do so.**

**SO ORDERED**.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE