UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIA GRAVES, )<br>)<br>Defendant. )<br>) | Criminal Action No. 06-21-04 (RBW) |

## ORDER

India Graves, one of the defendants in this criminal proceeding, has filed a motion to vacate the detention order entered by Magistrate Judge Kay on August 25, 2006. Although the Court has set a general deadline of February 8, 2008, for all oppositions from the United States to pre-trial motions filed by the defendants, the nature of the defendant's request with respect to this particular motion is so serious, and the arguments in favor of her request sufficiently colorable, that a more expeditious response from the United States is required in this particular instance. It is therefore

**ORDERED** that the United States shall file its opposition to the Defendant's Motion to Vacate the Detention Order and Order Conditions of Release filed by India Graves on or before January 22, 2008. It is further

**ORDERED** that the Clerk of the Court set this matter for hearing on January 22nd 2008, at 9:00 a.m.

1

**SO ORDERED** this 16th day of January, 2008.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge