# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   v.

                            Cr. No. 06-21 (RBW)

INDIA GRAVES, et al,
              Defendant.

## EMERGENCY MOTION TO GRANT DEFENDANT A 24 Hr. FURLOUGH

**COMES NOW** Defendant India Graves, by and through his counsel, Jensen Barber II, and moves this Court for an Order releasing Ms. Graves on furlough for 24 hours in order to attend the wake, funeral and interment of her maternal grandmother, Inez Kassel Bland.

Defendant states the following in support of this motion:

1. That Ms. Graves was arrested and has been held without a bond for 18 months, since that date;

2. That the Defendant has substantial ties to the community;

3. That at the time of her arrest, Ms. Graves had no prior arrests or convictions; she was neither probation nor parole;

4. Ms. Graves wishes to attend her grandmother's wake and funeral, scheduled for Wednesday, February 27, 2008 at 9:00 A.M. - 1:00 P.M. at Post Funeral Home, 5538 Marlboro Pike, Forestville, MD 20747, 301-568-4100.

5. After the funeral, Ms Bland will be interred at the Lincoln Memorial Cemetery in Suitland, MD. Ms. Graves wishes to be present.

6.      Given the US Marshals Service policy to not escort any federal detainee/prisoner to funerals, *etc*., the Defendant is now seeking a 24-hour furlough from the Correctional Treatment Facility (CTF), in the District of Columbia.

9. Defendant's mother, Ms. Sams, can pick Ms. Graves up at 7:00 A.M. on Wednesday, February 27, 2008, provide her with appropriate clothing, escort her to the funeral services, bring her home with her in Maryland and return her to the CTF by 7:00 A.M. on February 28, 2008.

**WHEREFORE**, it is respectfully requested that this Court order that Ms. Graves be given a 24 hr. furlough for the above stated reasons.

                    Respectfully submitted,
                    **Law Offices of J.E. Barber, PC**

_____
JENSEN E. BARBER II
Unified Bar 376325
400 7th Street, N.W.
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
Counsel for India Graves

**CERTIFICATE OF SERVICE**

_____**I HEREBY CERTIFY** that a copy of the foregoing was served by ECM to

Anthony Scarpelli, Esquire
Asst. U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
This February 25, 2008

_____
_____Jensen E. Barber II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

CR. No. 06-21 (RBW)

v.

INDIA GRAVES           Defendant.

# O R D E R

_____This matter is before the Court on the Defendant's Motion for a 24-hr furlough in order to attend the wake and funeral of her maternal grandmother, Inez Kassel Bland, on February 27, 2008.  The Court having reviewed the Motion, the Government's opposition thereto,  it is this _____ day of _____, 2008,

ORDERED that the motion should be and hereby is GRANTED and it is,

FURTHER ORDERED that the Defendant shall be released from the CTF not earlier than 7:00 A.M., February 27, 2008 and he shall return not later than 7:00 A.M., February 28, 2008.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

cc:
Jensen E. Barber II, Esquire
400 Seventh St., NW, #400
Washington, D.C. 20004
*Counsel for India Graves*

Anthony Scarpelli, Esquire
Asst. U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530