UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-21 (RBW) |
| | : | |
| **INDIA GRAVES,** | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
EMERGENCY MOTION FOR A 24-HOUR FURLOUGH**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this opposition to defendant's Emergency Motion To Grant Defendant a 24-Hour Furlough, as follows:

1.  Defendant India Graves requests a furlough for 24 hours to attend the wake, funeral and interment of her grandmother. Although the government regrets the personal loss suffered by the defendant, the government must oppose defendant's request because she is being held in pretrial detention, pursuant to 18 U.S.C., Section 3142, and there is no statutory authority for release under the circumstances proposed by the defendant. Moreover, these circumstances do not rebut the presumption in favor of detention, 18 U.S.C., Section 3142(e), and there is no exception to this pretrial detention provision due to family emergency, including the death of a family member. This Court, on two prior occasions, has ruled that the defendant's pretrial release would constitute an unreasonable risk of danger to the community and a risk of flight, and the circumstances giving rise to this ruling have not changed. The government also incorporates herein by this reference the arguments contained in its Opposition to Defendant's Motion To Vacate Detention Order and Order Conditions of Release (Document 136).

2.  Further, the U.S. Marshals Service has reported to the undersigned that they do

not have the resources to escort a prisoner or otherwise accommodate such requests from the defendant or from other similarly situated inmates. Even if they did have sufficient resources to accommodate such requests, experience has proven that such situations present an unacceptable risk to the safety of the U.S. Marshals involved in such escort duty and unacceptable risk of flight. Defendant acknowledges that the U.S. Marshals Service has a policy to not escort prisoners to funerals.

  WHEREFORE, the Government requests that the Court deny the request to attend funeral services.

              Respectfully submitted,

              JEFFREY A. TAYLOR
              UNITED STATES ATTORNEY


              GEORGE ELIOPOULOS
              ANTHONY SCARPELLI
              Assistant United States Attorneys

Case 1:06-cr-00021-RBW    Document 147    Filed 02/26/2008    Page 3 of 3