UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 06-21 (RBW)** |
| : | |
| **INDIA GRAVES,** : | |
|         **Defendant.** : | |

**ORDER**

Upon consideration of the defendant's Emergency Motion to Grant Defendant a 24-Hour Furlough and the government's opposition thereto, it is, this _____ day of February 2008,

ORDERED that the defendant's motion is denied.

                                               _____
                                               REGGIE B. WALTON
                                               United States District Judge