UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIA GRAVES, )<br>)<br>Defendant. )<br>) | Criminal Action No. 06-21-04 (RBW) |

## ORDER

India Graves, the defendant in this criminal proceeding, has filed an emergency motion seeking a twenty-four hour furlough from her pre-trial detention so that she can attend the funeral of her maternal grandmother. Emergency Motion to Grant Defendant a 24 [Hour] Furlough at 1. The Court has previously determined that the release of the defendant would present an unreasonable risk of danger to the community and a risk of flight, and the circumstances underlying her request, while tragic, do nothing to change the Court's analysis of the situation. The Court is therefore bound by statute to deny the defendant's request. See 18 U.S.C. § 3142(e) (2000) (mandating that a court "shall order the detention" of a criminal defendant prior to trial if necessary to "assure the appearance of the person as required and the safety of any other person and the community" (emphasis added)).

It is therefore

1

**ORDERED** that the Emergency Motion to Grant Defendant a 24 [Hour] Furlough filed by India Graves is **DENIED**.

**SO ORDERED** this 26th day of February, 2008.

_____
REGGIE B. WALTON
United States District Judge