UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-21 (RBW) -04 |
| v. : | VIOLATION: 21 U.S.C. § 856(a) |
| INDIA GRAVES : <br> also known as Chi Chi, : <br> Defendant. : | |

WALTON, J. RBW

### INFORMATION

**FILED**
APR 29 2008
Clerk, U.S. District and Bankruptcy Courts

The United States Attorney charges that:

### COUNT ONE

On or before at least 2004, the exact date being unknown, and continuing thereafter up to and including January 2006, within the District of Columbia, INDIA GRAVES, also known as Chi Chi, and others whose identities are known and unknown, did knowingly, intentionally, and unlawfully maintain a place, and did control and make a available for use a place, to wit: 2101 Ridgecrest Court, S.E., Apartment # 204, Washington, D.C., for the purpose of unlawfully manufacturing, storing, distributing, and using heroin, cocaine, cocaine base, in the form known as crack cocaine, phencyclidine and marijuana, Schedule I, II and III narcotic controlled substances.

**(Maintaining a Residence for the Purpose of Manufacturing, Distributing, and Using a Controlled Substance**, in violation of Title 21, United States Code, Sections 856(a)(1), 856(a)(2), and 856(b))

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney
Bar Number 498-610

GEORGE ELIOPOULOS, Bar Number 390601
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 3808
Washington, DC 20530

**SUPERSEDING**

Case Related To 06 CR 021 (RBW)