CO-526
(12/86)

FILED

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
          vs.               )    Criminal No. 06-21-4 (RBW)
                            )
                            )
   INDIA GRAVES             )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
        Defendant

_____
    Counsel for defendant

I consent:

_____
  United States Attorney

Approved:

_____
         Judge

4/29/08