AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
APR 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

INDIA GRAVES

## WAIVER OF INDICTMENT

CASE NUMBER: 06-21-04 (RBW)

I, INDIA Graves, the above named defendant, who is accused of MAINTAINING Drug-Involved Premises, 21 USC § 856(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer